Faulks, Appellant, *v.* Unity Life and Accident
Insurance Association of Syracuse.

Argued December 2, 1942. Before SCHAFFER, C. J.;
MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Edwin Fischer,* with him *Edward F. Hitchcock,* for appellant.

*Robert B. Koff,* for appellee.

PER CURIAM, January 29, 1943:
The judgment entered in the court below is affirmed on the opinion of Judge PARRY.